UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELISHA MERRITT,

        Plaintiff,

    -v-                    9:23-CV-1465 (DNH/TWD)

S. WOLF *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On November 22, 2023, *pro se* plaintiff Elisha Merritt ("plaintiff") filed this 42 U.S.C. § 1983 action alleging that defendants violated his civil rights in 2017 while he was in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS"). Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 2, 3.

After plaintiff amended his complaint, Dkt. No. 21, this Court determined that plaintiff's civil rights claims required a response from defendants Wolf, Gates, Fenlong, Coffey, Best, Helvie, and Marra. Dkt. No. 22. Thereafter, in lieu of an answer, defendants moved for summary judgment or to dismiss the

complaint as time-barred. Dkt. No. 58. That motion was fully briefed. Dkt. No. 64, 68, 69, 70, 71.

On December 12, 2025, U.S. Magistrate Judge Thérèse Wiley Dancks advised by Report & Recommendation ("R&R") that defendant's motion be granted and that plaintiff's complaint be dismissed with prejudice as time-barred. Dkt. No. 72.

Neither party has lodged objections to the R&R, and the time period in which to do so has expired. *See* Dkt. No. 72.

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 72) is ACCEPTED;

2. Defendant's motion for summary judgment (Dkt. No. 58) is GRANTED;

3. Plaintiff's operative complaint (Dkt. No. 21) is DISMISSED.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated: January 5, 2026
    Utica, New York.

David N. Hurd
U.S. District Judge